IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARION E. STEPHENS, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:02cv483-SJD-TSH |
| vs. : | |
| : | District Judge Susan J. Dlott |
| CINCINNATI AREA LOCAL APWU, et al, : | |
| : | |
| Defendant(s) : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Hogan. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on August 11, 2002 Report and Recommendations (Doc. 12). Subsequently, the plaintiff filed objections to such Report and Recommendations.

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

IT IS ORDERED THAT the Motion to Dismiss of defendants Greater Cincinnati, Ohio Area Local, Americal Postal Workers Union, AFL-CIO (Doc 7) is hereby GRANTED and that the plaintiff's complaint is hereby DISMISSED.

IT IS SO ORDERED.

                                                                            ___s/Susan J. Dlott_____
                                                                            Susan J. Dlott
                                                                            United States District Judge