IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARION E. STEPHENS, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:02cv483-SJD-TSH |
| vs. : | |
| : | District Judge Susan J. Dlott |
| CINCINNATI AREA LOCAL APWU, et al, : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

      Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . it is ORDERED that the Motion to Dismiss of defendants Greater Cincinnati, Ohio Area Local, American Postal Workers Union, AFL-CIO (Doc 7) is hereby GRANTED and that the plaintiff's complaint is hereby DISMISSED.  This case is TERMINATED on the Court's docket.

3/24/04                                                                                 JAMES BONINI, CLERK

                                                                                    ___s/William Miller_____
                                                                                    Deputy Clerk

Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.