**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7002 0860 0000 1408 6527

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

1:02cv 483

Postmark Here

Sent To: Marion Stephens
Street, Apt. No.; or PO Box No.
City, State, ZIP+ 4

PS Form 3800, April 2002    See Reverse for Instructions