| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Marion E. Stephens_ ☐ Agent ☐ Addressee | |
| | B. Received by (Printed Name)<br>MARION E. Stephens | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Marion E. Stephens<br>6416 Witherby Ave.<br>Cinti. OH. 45224 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7002 0860 0000 1 | |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-02-M-0835 |



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 E. FIFTH STREET, RM #324
CINCINNATI, OHIO 45202
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

1:02cv 483    4819
#16+17